

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| SLR:LDM:CSK | *271 Cadman Plaza East* |
| F. #2014R00263 | *Brooklyn, New York 11201* |

October 23, 2014

**ELECTRONICALLY FILED**

Honorable Margo K. Brodie
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Akbar Ahmed Sherzai
              Criminal Docket No. 14-0060 (MKB)

Dear Judge Brodie:

      Enclosed please find a proposed Preliminary Order of Forfeiture ("Order") for the Court's consideration and approval in the above-referenced matter. The defendant, Akbar Ahmed Sherzai, has agreed to the terms of the enclosed Order in connection with his guilty plea taken on or about February 14, 2014 before Magistrate Judge Robert M. Levy.

      The government respectfully requests that the Order be entered before the defendant is sentenced as provided in Fed. R. Crim. P. 32.2.

      Thank you for Your Honor's consideration of this submission.

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney

           By:    /s/ Claire S. Kedeshian
                              Claire S. Kedeshian
                              Assistant U.S. Attorney
                              (718) 254-6051

Encl: Preliminary Order of Forfeiture
cc: Counsel of Record by ECF